443 A.2d 406

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted December 16, 1981. George E. Lepley, Jr., Public Defender, for appellant; Kenneth Brown, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.